UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED SEP 21 AM 10:38



| UNITED STATES OF AMERICA, | CASE NO. 11CR0688 |
|---|---|
| Plaintiff, | |
| vs. | JUDGMENT OF DISMISSAL |
| ALBERTO FRANCO VASQUEZ (1), | |
| Defendant. | |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

_X_ the Court has granted the motion of the Government for dismissal without prejudice; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offense as charged in the one-count Indictment:

21 USC 952 and 960

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: September 20, 2011

MARILYN L. HUFF
UNITED STATES DISTRICT JUDGE